**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**

*137702*

Civil Action no :**19cv4247**
Filed Date: **07/23/2019**
Office No: 117670

Plaintiff(s): **ELIEZER SMAIA, JOSHUA FELDMAN AND NAFTELA DEUTSCH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

-vs-

Defendant(s): **NATIONWIDE CREDIT, INC.**

STATE OF NEW YORK
COUNTY OF ALBANY ss.:

**Michael Pickett**, the undersigned, being duly sworn, deposes and says: that the deponent is not a party to this action, is over 18 years of age and resides in the STATE OF NEW YORK.

On **07/30/2019** at **11:16 AM**, deponent served the within **SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE AND CLASS ACTION COMPLAINT WITH SUPPORTING DOCUMENTS** on **NATIONWIDE CREDIT, INC. B/S/U CORPORATION SERVICE COMPANY AS REGISTERED AGENT** at **80 STATE STREET, 10TH FLOOR, ALBANY, NY 12207** in the manner indicated below:

By delivering a true copy of each to and leaving with **"JOHN DOE" (REFUSED NAME), LEGAL REPRESENTATIVE OF CSC, DESIGNATED AGENT** who stated he/she is duly authorized to accept legal documents.

A description of the **DEFENDANT**, or other person served on behalf of the **DEFENDANT** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| **Male** | **White** | **Brown/Red** | **36-38** | **6Ft0In** | **190 lbs** |
| Other Features: **BEARD** | | | | | |

Sworn to and subscribed before me on 07/30/2019

Notary Public

[ ] Daniel O'Leary
Notary Public, State of NY
No. 01OL6293343
Qualified in Schenectady County
Commission expires 12/09/2021

[ ] Kristen Smith
Notary Public, State of NY
No.01SM6357988
Qualified in Albany County
Commission expires 05/01/2021

[X] Kerry Gunner
Notary Public, State of NY
No. 01GU5038710
Qualified in Albany County
Commission expires 02/06/2023

X

Michael Pickett
Lightning Legal Services, LLC
P. O. Box 9132
Albany, NY 12209
518.463.1049

Barshay Sanders, PLLC
100 Garden City Plaza - Fifth Floor
Garden City, NY 11530

117670

117670

Case 1:19-cv-04247-ENV-JO Document 3 Filed 07/23/19 Page 2 of 2 PageID #: 46



Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This Summons for *(name of individual and title, if any)* NATIONWIDE CREDIT, INC.
was received by me on *(date)* 7/29/2019 .

[ ] I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* "JOHN DOE", LEGAL REPRESENTATIVE OFFICE, who is designated by law to accept service of process on behalf of *(name of organization)* NATIONWIDE CREDIT, INC. on *(date)* 7/30/2019 ; or

[ ] I returned the summons unexecuted because ______ ; or

[ ] Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/30/2019

[signature]
*Server's signature*

MICHAEL PICKETT, PROCESS SERVER
*Printed name and title*

299 HAMILTON STREET, ALBANY, NY 12210
*Server's address*

Additional information regarding attempted service, etc:

137702